| PROB 22 (Rev. 09/22) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 1:20CR01617-002JB |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | 2:24-cr-185 Judge Watson |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | New Mexico | Albuquerque |
| Martin Rodriguez-Moody | NAME OF SENTENCING JUDGE | |
| | James O. Browning United States District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 11/06/2024 | TO 11/05/2028 |

**OFFENSE**
21 U.S.C. 841(a)(1), (b)(1)(B) – Possession with Intent to Distribute 50 Grams and More of a Mixture and Substance Containing Methamphetamine.

JUSTIFICATION/REASON FOR TRANSFER *(e.g., prosocial ties, employment/education opportunities, violation of supervision)*

The defendant does not plan on returning to the District of New Mexico and will reside in the Southern District of Ohio.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE          DISTRICT OF     New Mexico

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ____Southern District of Ohio - Columbus____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

11/26/24
*Date*

*United States District Judge*
(signed: James O. Browning)

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE     Southern     DISTRICT OF     Ohio

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

12/16/2024
*Effective Date*

*United States District Judge*
(signed: Michael H. Watson)

1